**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**ROBERT D. NESLER, OSB #85379**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1100
Facsimile Telephone: (503) 727-1117
Internet E-mail Address: bob.nesler@usdoj.gov
    Attorneys for Plaintiff

FILED 02 MAY '11 14:07 USDC-ORP

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV'11- 538 MO<br>Civil No. |
| Plaintiff, | COMPLAINT<br>Claim for Debt |
| v. | |
| MICHAEL LONG, | |
| Defendant. | |

    Plaintiff, United States of America, acting herein by the United States Attorney for the District of Oregon, complains and alleges:

    1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

PAGE 1 -    COMPLAINT
                US v. LONG

2. That the defendant, Michael Long, is a resident of the State of Oregon within the Court's jurisdiction.

3. That the defendant is indebted to the plaintiff in the principal amount of $90,368.05, plus interest on this principal computed at the rate of 8.25 percent per annum in the amount of $21,901.91 as of March 23, 2011, and interest continuing thereafter on this principal at the rate of 8.25 percent annum, until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, the plaintiff prays judgment against the defendant for the total of $112,269.96, inclusive of interest of $21,901.91 at 8.25 percent per annum on the principal of $90,368.05 which has accrued as of March 23, 2011, and will continue to accrue until date of judgment. Plaintiff further demands, pursuant to 28 U.S.C., Section 1961, that interest on the judgment be at the legal rate until paid in full.

Dated this 2nd day of May, 2011.

DWIGHT C. HOLTON
United States Attorney
District of Oregon

/s/ Robert D. Nesler
ROBERT D. NESLER
Assistant United States. Attorney
OSB # 85379
(503-727-1069)
Attorney for Plaintiff United States of America

PAGE 2 -    COMPLAINT
            US v. LONG