IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,                                  3:11-CV-00538 MO

        v.                                  ORDER TO DISMISS GARNISHMENT

MICHAEL LONG,

        Defendant.

        and

SWIDER HAVER, LLP,

        Garnishee.

Upon motion of The United States of America, It is hereby ORDERED that the garnishment in the above named action be dismissed pursuant to 28 U.S.C. § 3205(c)(10)(C) of the Federal Rules of Civil Procedure.

DATED this 12 day of May, 2016

                                                                /s/ Michael W. Mosman
                                                                MICHAEL W MOSMAN
                                                                Chief United States District Court Judge

Presented by:

BILLY J. WILLIAMS
Acting United States Attorney

*/s/ Kathleen L. Bickers*
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney

PAGE 1 – ORDER TO DISMISS GARNISHMENT